IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONNIE H. HOVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:09CV486-SRW |
| | ) (WO) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT**

In accordance with the memorandum of opinion entered on this date, it is the ORDER, JUDGMENT and DECREE of this court that the decision of the Commissioner is AFFIRMED. The Clerk is DIRECTED to enter this judgment on the docket as the final judgment of the court, pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done, this 8th day of December, 2010.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE